IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cr244-MEF |
| | ) | |
| DAVID RUSSELL STILLWELL | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 28, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. #30) forfeiting the following firearms to the United States:

    Harrington and Richardson, Model 732, .32 caliber revolver, bearing serial number BA013618;

    Smith and Wesson, Model unknown, .32 caliber revolver, bearing serial number 558236;

    Ruger, Model Single-Six, .22 caliber pistol, bearing serial number 69-90467;

    J.P. Sauer (Sauer and Sohn)/Hawes Firearms, Model unknown, .22 caliber pistol, bearing serial number 25550;

    Jennings Firearms, Model J-22, .22 caliber pistol, bearing serial number 392615;

    Colt, Model MK IV, .45 caliber pistol, bearing serial number 79446G70;

    Marlin Firearms, Model 81, .22 caliber rifle, bearing no serial number;

    Springfield Firearms, Model 84-C, .22 caliber rifle, bearing no serial number;

    Marlin Firearms / J.C. Higgins, Model 81, .22 caliber rifle, bearing no serial number;

Savage, Model unknown, .22 caliber rifle, bearing serial number 166582;

Remington Arms, Model 6, .22 caliber rifle, bearing no serial number;

Ithaca Gun Co., Model H-49, .22 caliber rifle, bearing serial number 490570462;

Ruger, Model 10/22, .22 caliber rifle, bearing serial number 111-69858;

Charter Arms, Model AR-7 Explorer, .22 caliber rifle, bearing serial number A115079;

Remington Arms Company, Inc., Model Sportsman 48, 12 gauge shotgun, bearing serial number 3081915;

Ithaca Gun Co., Model M-66, 12 gauge shotgun, bearing serial number 660762214;

Harrington and Richardson, Model Sportsman 490, 410 gauge shotgun, bearing serial number AM305098;

Toyo Kogyo, Model unknown, .22 caliber rifle, serial number unknown;

Winchester, Model 67, .22 caliber rifle, bearing no serial number; and,

Remington Arms Company, Inc., Model 41, .22 caliber rifle, bearing no serial number.

Notice of this forfeiture was served, in a manner reasonably calculated to reach the potential claimants, upon Jessica Stillwell, Benjamin F. Stillwell, Zachary Stillwell and Erica Ruth Stillwell (Doc. #52);

The United States published notice of this forfeiture on an official government internet site (www.forfeiture.gov) notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms in

accordance with the law and as specified in the Preliminary Order of Forfeiture, beginning on June 3, 2009, and ending July 2, 2009, as required by Rule G(4)(a)(iv)(C) of the <u>Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims</u> (Doc. #51);

No timely petition has been filed and all third-party interests are barred by failure of those parties to file a timely petition; and,

The Court finds that defendant David Russell Stillwell has an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):

> Harrington and Richardson, Model 732, .32 caliber revolver, bearing serial number BA013618;
>
> Smith and Wesson, Model unknown, .32 caliber revolver, bearing serial number 558236;
>
> Ruger, Model Single-Six, .22 caliber pistol, bearing serial number 69-90467;
>
> J.P. Sauer (Sauer and Sohn)/Hawes Firearms, Model unknown, .22 caliber pistol, bearing serial number 25550;
>
> Jennings Firearms, Model J-22, .22 caliber pistol, bearing serial number 392615;
>
> Colt, Model MK IV, .45 caliber pistol, bearing serial number 79446G70;

Marlin Firearms, Model 81, .22 caliber rifle, bearing no serial number;

Springfield Firearms, Model 84-C, .22 caliber rifle, bearing no serial number;

Marlin Firearms / J.C. Higgins, Model 81, .22 caliber rifle, bearing no serial number;

Savage, Model unknown, .22 caliber rifle, bearing serial number 166582;

Remington Arms, Model 6, .22 caliber rifle, bearing no serial number;

Ithaca Gun Co., Model H-49, .22 caliber rifle, bearing serial number 490570462;

Ruger, Model 10/22, .22 caliber rifle, bearing serial number 111-69858;

Charter Arms, Model AR-7 Explorer, .22 caliber rifle, bearing serial number A115079;

Remington Arms Company, Inc., Model Sportsman 48, 12 gauge shotgun, bearing serial number 3081915;

Ithaca Gun Co., Model M-66, 12 gauge shotgun, bearing serial number 660762214;

Harrington and Richardson, Model Sportsman 490, 410 gauge shotgun, bearing serial number AM305098;

Toyo Kogyo, Model unknown, .22 caliber rifle, serial number unknown;

Winchester, Model 67, .22 caliber rifle, bearing no serial number; and,

Remington Arms Company, Inc., Model 41, .22 caliber rifle, bearing no serial number.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 66) is GRANTED and the Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 22nd day of September, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE